JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LEIGH A. RONDILONE,

        Plaintiff

        v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

Case No: 5:17-cv-00761-RGK-KS

[PROPOSED] AMENDED JUDGMENT

     Having approved the Amended Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

     IT IS ORDERED that judgment is entered in accordance with the Amended Order Of Remand.

DATE:   December 8, 2017

THE HONORABLE KAREN L. STEVENSON
United States Magistrate Judge

-1-